

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00411-CV

———————————————

NEWSTREAM HOTELS & RESORTS, LLC, TIMOTHY NYSTROM, SCOTT TARWATER, AND LAKESIDE CROSSING LAND PARTNERS, LP, Appellants

V.

2548 LAKESIDE PARTNERS, LLC, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF LAKESIDE CROSSING LAND PARTNERS, LP, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 21-5328-211

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 19, 2023